# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| RHONDA BOWER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16-cv-803 |
| P&B CAPITAL GROUP, LLC | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* P&B CAPITAL GROUP, LLC
c/o CORPORATION SERVICE COMPANY
8040 EXCELSIOR DR. SUITE 400
MADISON, WI 53717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John D. Blythin
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000-Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date: 06/24/2016

s/B. Ray

*Signature of Clerk or Deputy Clerk*

Civil Action No. 16-cv-803

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **P+B Capital Group, LLC**
was received by me on *(date)* **7-13-16**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Mary Jo Rowbottom**, who is designated by law to accept service of process on behalf of *(name of organization)* **Corporation Service Company at 1:04pm** on *(date)* **7-13-16** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-13-16**

*Katrina K Galle*
Server's signature

Katrina K. Galle, Process Server
*Printed name and title*

DANE COUNTY LEGAL NOTICE, LLC
6041 Monona Drive
Suite 105
Madison, WI 53716

Server's address

Additional information regarding attempted service, etc: